FRANK C. MOENIG, Appellant, *v.* NEW YORK CENTRAL
RAILROAD COMPANY et al., Respondents.

GUIVANI BALDICINI, Appellant, *v.* NEW YORK CENTRAL
RAILROAD COMPANY et al., Respondents.

LOUISE BUSHEL, as Executrix of ARTHUR BUSHEL,
Deceased, Appellant, *v.* NEW YORK CENTRAL RAILROAD
COMPANY et al., Respondents.

*Real property — riparian rights — railroads — title to riparian rights in
and over ungranted lands under Hudson river at Tarrytown.*

*Moenig* v. *N. Y. C. R. R. Co.,* 187 App. Div. 323, affirmed.
*Baldicini* v. *N. Y. C. R. R. Co.,* 188 App. Div. 898, affirmed.
*Bushel* v. *N. Y. C. R. R. Co.,* 188 App. Div. 899, affirmed.
(Argued May 10, 1921; decided June 7, 1921.)

APPEAL, in each of the above-entitled actions, by
permission, from a judgment of the Appellate Division
of the Supreme Court in the second judicial department,
entered May 21, 1919, unanimously affirming a judgment
in favor of defendants entered upon a dismissal of the
complaint by the court on trial at Special Term. The
actions were brought for the purpose of obtaining an
adjudication that appellants are the owners, by reason
of their ownership of the uplands, of the riparian rights
in and over ungranted lands below the line of ordinary
high-water mark of the Hudson river at Tarrytown.
The Special Term decided that the three appellants were
not riparian owners, although upland owners, and that
the respondent New York Central Railroad Company
was owner of the riparian rights.

*Joseph B. Thompson* and *Henry W. Hill* for appellants.
*George H. Walker, Crosby J. Beakes* and *Alexander S.
Lyman* for New York Central Railroad Company,
respondent.
*Ernest P. Hoes* and *Charles D. Millard* for Village of
Tarrytown, respondent.
*Charles D. Newton, Attorney-General (Edward H.
Leggett* of counsel), for State of New York.

Judgment in first case affirmed, with costs, on opinion of BLACKMAR, J., below. Judgment in each other case affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, McLAUGHLIN, CRANE and ANDREWS, JJ.